UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | C.R. NO. 1:25-CR- 74 |
| v. | (Judge Wilson.  ) |
| JORGE A. GUZMAN-MONTANO | |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

FILED
HARRISBURG, PA
MAR 05 2025
PER _____
DEPUTY CLERK

**COUNT 1**
8 U.S.C. § 1326
(Illegal Reentry)

On or about February 12, 2025, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**JORGE A. GUZMAN-MONTANO,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about April 21, 2017, through Laredo, Texas, without first having obtained permission to reenter the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney

FOREPERSON

*[signature]*
STEPHEN W. DUKES
Assistant United States Attorney

3/5/2025
Date

2